# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Nikki Renee Marshall, | ) | Case No. 1:21-cr-070 |
| | ) | |
| Defendant. | ) | |

On December 23, 2022, Defendant filed a Motion for Furlough from her conditions of pretrial release. (Doc. No. 270). The Court previously released Defendant on conditions to her residence in the Northern District of Texas. Defendant requests a furlough from December 29, 2022, through January 2, 2023, so that she can travel to Detroit, Michigan, to spend time with her family prior to trial.

On December 27, 2022, the Court issued an order denying Defendant's motion, finding that it was not warranted given that it furloughed her to attend her sister's wedding in mid-December. (Doc. No. 273).  Upon further reflection and given new developments previously unknown to the Court, the Court **VACATES** its earlier order (Doc. No. 273) and **GRANTS** Defendant's motion. (Doc. No. 270).  Defendant may travel from Texas to Detroit, Michigan on December 29, 2022, and return to Texas on January 2, 2023.

**IT IS SO ORDERED.**

Dated this 27th day of December, 2022.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court